05-CV-00190-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| LEWIS VINCENT HUGHES, | ) | CASE NO. C05-0190-JCC |
| Petitioner, | ) | (CR04-411-JCC) |
| v. | ) | ORDER DENYING APPLICATION FOR WRIT OF HABEAS CORPUS |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF WASHINGTON, SEATTLE DIVISION, | ) ) ) ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's application for writ of habeas corpus, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's application for writ of habeas corpus (Dkt. No. 1) is DENIED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 7 day of Nov, 2005.

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING APPLICATION FOR
WRIT OF HABEAS CORPUS
PAGE - 1